HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOEL WARNE,

                    Plaintiff,

        v.

JOHN PHELAN in his official capacity as
Secretary of the Navy,

                    Defendant.

No.: 3:25-cv-05602-JNW

ORDER REGARDING PLAINTIFF'S
EX PARTE MOTION TO EXTEND
TIME TO EFFECTUATE SERVICE
OF SUMMONS AND COMPLAINT

        THIS MATTER, having come for consideration on Plaintiff's Ex Parte Motion to Extend Time to Effectuate Service of Summons and Complaint, and this Court having reviewed the materials filed on this issue and being fully advised: now therefore,

        IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Extend Time to Effectuate Service of Summons and Complaint is GRANTED.

        IT IS FURTHER ORDERED that Plaintiff shall effectuate service of the Summons and Complaint on Defendant by April 6, 2026.

        IT IS SO ORDERED.

        DATED this 6th day of March, 2026.

[PROPOSED] ORDER REGARDING MOTION TO
EXTEND TIME - 1

**BRESKIN JOHNSON TRIAL LAWYERS, PLLC**
506 2nd Ave, Suite 2400
Seattle, Washington 98104 Tel: 206-652-8660

_____
HONORABLE JAMAL WHITEHEAD

Presented by:

BRESKIN JOHNSON TRIAL LAWYERS, PLLC

By: /s Brendan W. Donckers_____
Brendan W. Donckers, WSBA #39406
506 2nd Avenue, Suite 2400
Seattle, WA 98104
(206) 652-8660 Fax (206) 652-8290
bdonckers@bjtlawyers.com

*Attorney for Plaintiff*

[PROPOSED] ORDER REGARDING MOTION TO
EXTEND TIME - 2